IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AUDREY ALEXANDER SMITH, ) ) ) Plaintiff, ) ) VS. ) ) 14TH DISTRICT COURT, ) ) Defendant. ) | CIVIL ACTION NO. 3:25-CV-2319-G-BN |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 29, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**